# MINUTE ORDER

Page 6

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**     Date: 4/11/24     Time: 1:30 p.m.

Defendant: 1. Carlos A. Guerrero Blanco     J#: 09200-511     Case #: 23-20500-CR-ALTMAN/BECERRA (SEALED)

AUSA: Jacob Koffsky     Attorney: Jorge Del Villar, Temporary Counsel

Violation: Conspiracy to Commit Fraud/Access Device Fraud     Arrest Date: 4/11/24     YOB: 1984

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ☐ Yes   ☐ No     Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Motion to Unseal is **GRANTED**
Counsel has filed a **TEMPORARY**
Notice of Appearance.  The parties
are in negotiations on a bond.
Hearing reset.

**Brady Order NOT Given**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:

*Report RE Counsel:* 4/25/24     10:00     Miami Duty

*PTD/Bond Hearing:* 4/12/24     1:30     Miami Duty

*Arraignment:*     4/25/24     10:00     Miami Duty

Status Conference RE:

D.A.R. 13:49:28     Time in Court: 2

s/Edwin G. Torres     Chief Magistrate Judge