# MINUTE ORDER

Page 9

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**     Date: 4/12/24     Time: 1:30 p.m.

Defendant: CARLOS A. GUERRERO BLANCO    J#: 09200-511    Case #: 23-20500-CR-ALTONAGA/BECERRA

AUSA: Jacob Koffsky    Attorney: Jorge Del Villar, Temporary Counsel

Violation: CONSPIRACY TO COMMIT FRAUD/ACCESS DEVICE FRAUD    Surr/Arrest Date: 4/11/24    YOB: 1984

Proceeding: PTD/BOND Hearing    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

**Bond Set:** $150,000 personal surety, $20,000 w/10%    Co-signed by: Wife

- [x] *Surrender and/or do not obtain passports/travel docs w/i 48 hrs*    Language: Spanish
- [x] *Report to PTS as directed*/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
- [ ] Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [x] *No contact with co-defendants, except through counsel*
- [x] *Maintain or seek full-time employment*
- [x] *No contact with victims/witnesses, except through counsel*
- [x] *No firearms*
- [x] *Not to encumber property*
- [x] *May not visit transportation establishments*
- [x] *Home Confinement/GPS Monitoring* and/or Curfew 8 pm to 6 am, paid by Defendant
- [x] *Defendant consents to USPO to conduct unannounced examinations (see attached for complete condition)*
- [ ] Travel extended to:
- [x] *Other:* Maintain current residence at address on the record

Disposition:
*RRC and ARR 4/25*
**BRADY ORDER NOT GIVEN**
The Court adopts the **STIPULATED** Bond – **DEFENDANT RELEASED**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:40:10    Time in Court: 8

s/Edwin G. Torres                Chief Magistrate Judge

CARLOS A. GUERRERO BLANCO    23-20500-CR-ALTONAGA

**Special Condition:**

**Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use**