UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        Plaintiff,

                                      CASE NO:      1-23-CR-20500-RKA

v.

CARLOS AUGUSTO GUERRERO BLANCO,

        Defendant.

_____/

**PERMANENT NOTICE OF APPEARANCE**

COMES NOW, Jorge L. Del Villar, Esq.., and hereby files his Permanent Notice of Appearance as attorney of record for pre-trial and trial purposes only at proceedings in the United States District Court for CARLOS AUGUSTO GUERRERO BLANCO, the defendant in the above captioned matter.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically filed with the Office of the Clerk, United States District Court, Southern District of Florida and served upon the Office of the United States Attorney, this 25th day of April 2024.

THE DEL VILLAR FIRM, P.A.

By *Jorge L. Del Villar, Esq.*

Jorge L. Del Villar, Esq.
12652 S. Dixie Hwy
Suite 100
Pinecrest, Florida 33156
Telephone:     (305) 669-7007
Facsimile:      (305) 230-2669
jdv.dvfirm@gmail.com
Florida Bar Number 022802
Counsel for Defendant