# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor        Date: 4/25/24     Time: 10:00 a.m.

Defendant: 1) Carlos A. Guerrero Blanco    J#: 09200-511    Case #: 23-20500-CR-ALTMAN/BECERRA
AUSA: Jacob Kofsky/Ali Comolli            Attorney: Jorge Luis Del Villa (Perm)
Violation: CONSP/COMMIT COMPUTER FRAUD/ACCESS DEVICE FRAUD
Proceeding: REPORT RE: CNSL/ARRAIGNMENT        CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond:
Bond Set at: $150,000 PSB; $20,000 10% (stip)        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
Brady Order not given

Counsel files permanent appearance for trial purposes only

**Defendant Arraigned:**
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

**Brady order given**

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:       Time:       Judge:       Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R.   10:04:04/11:22:29                     Time in Court:   5 mins