UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

       Plaintiff,

                                 CASE NO:    1-23-CR-20500-RKA

v.

CARLOS AUGUSTO GUERRERO BLANCO,

       Defendant.
_____/

**NOTICE OF OUTSTANDING OBJECTIONS TO THE PSR**

COMES NOW, the Defendant, CARLOS AUGUSTO GUERRERO BLANCO, by and through the undersigned counsel, and hereby files this Notice of Outstanding Objections to the PSR and states the following:

1. As of the time of the filing of this notice, the previously filed objections have not been resolved.

2. All previously filed objections remain outstanding.

                                              Respectfully submitted by,

                                              The Del Villar Firm, P.A.

                                              *Jorge L. Del Villar, Esq.*

                                              Jorge L. Del Villar, Esq.
                                              12651 S. Dixie Hwy
                                              Suite 100
                                              Pinecrest, Florida 33156
                                              Tel:    (305) 669-7007
                                              jdv.dvfirm@gmail.com
                                              Florida Bar No. 022802
                                              Attorney for the Defendant

1