UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

       Plaintiff,

                                      CASE NO:      1:23-CR-20500-RKA

v.

CARLOS AUGUSTO GUERRERO BLANCO,

       Defendant.

_____/

## MOTION FOR EXTENSION OF TIME TO SURRENDER

COMES NOW, the Defendant CARLOS AUGUSTO GUERRERO BLANCO, by and through the undersigned counsel and hereby files his Motion For Extension of Time To Surrender and in support thereof states as follows:

1. The Defendant was sentenced on November 4, 2024 and ordered to surrender to the U.S. Marshalls on November 18, 2024.

2. The Defendant has not seen his parents in years and would like to spend Thanksgiving with them before beginning to serve his term of imprisonment.

3. The Defendant's parents have been granted visas to travel to the U.S. and expect to arrive the week of Thanksgiving.

4. Pursuant to Local Rule 88.9(a), the undersigned counsel has conferred with Jacob Harris Koffsky, AUSA who has advised that the Government objects to this motion.

5. This motion is brought in good faith and for no other reason than indicated herein.

1

WHEREFORE, the defendant respectfully requests that the Court grant this Motion For Extension of Time to Surrender and enter a corresponding order allowing the Defendant to surrender on December 2, 2024.

Respectfully submitted,

*Jorge L. Del Villar, Esq.*
_____
Jorge L. Del Villar, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically filed with the Office of the Clerk, United States District Court, Southern District of Florida and served upon the Office of the United States Attorney, this 14th day of November 2024.

THE DEL VILLAR FIRM, P.A.

*Jorge L. Del Villar, Esq.*

Jorge L. Del Villar, Esq.
12651 S Dixie Hwy
Suite 100
Pinecrest, Florida 33156
Telephone:    (305) 669-7007
Facsimile:    (305) 230-2669
jdv.dvfirm@gmail.com
Florida Bar Number  022802
Counsel for Defendant