UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20500-CR-ALTMAN

UNITED STATES OF AMERICA

v.

CARLO AUGUSTO GUERRERO BLANCO,
ANGELO AGUSTIN COELLO CLEMENTE,
LUIS ALFONSO NOGUERA MARTINEZ,
LUIS EDUARDO RODFULTO TORRES, and
ERICK JOSE MORENO RUIZ,

  **Defendants.**

_____/

## THE UNITED STATES OF AMERICA'S MOTION TO CONTINUE RESTITUTION HEARING

The United States of America—without opposition from any of the five Defendants—moves to continue by one (1) week the restitution hearing that is currently set for February 3, 2025. In support of this Motion, the Government states as follows:

1. The Court sentenced each of the Defendants on November 4, 2024, and on December 3, 2024. *See* Judgments [ECF Nos. 148, 149, 150, 162, and 163]. Because the parties had not yet agreed on a restitution amount, the Court set a restitution hearing for all Defendants for February 3, 2025.

2. The parties anticipate reaching a stipulation regarding restitution. The Government respectfully requests this continuance in order to receive information from the impacted victim, which will assist with determining the exact amount that is owed. The Government submits that no Defendant would be prejudiced by a one-week continuance of the restitution hearing.

1

3.    For the reasons stated above, the United States of America respectfully requests that the Court **GRANT** this Motion and continue the restitution hearing until February 10, 2025.

> Respectfully submitted,
>
> HAYDEN P. O'BYRNE
> UNITED STATES ATTORNEY
>
> By:  /s/ *Jacob Koffsky*
> Jacob Koffsky
> Assistant United States Attorney
> Florida Bar No. 1018115
> 99 N.E. 4th Street
> Miami, FL 33132
> (305) 961-9386
> Jacob.Koffsky@usdoj.gov

**CERTIFICATE OF CONFERRAL**

I **HEREBY CERTIFY** that on January 31, 2025, I conferred with counsel of record for each Defendant in this case.  None of the Defendants oppose the relief sought.

By:  */s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on January 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

By:  */s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney