UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20500-CR-ALTMAN

UNITED STATES OF AMERICA

v.

CARLO AUGUSTO GUERRERO BLANCO,
ANGELO AGUSTIN COELLO CLEMENTE,
LUIS ALFONSO NOGUERA MARTINEZ,
LUIS EDUARDO RODULFO TORRES, and
ERICK JOSE MORENO RUIZ,

    **Defendants.**

_____/

**JOINT STIPULATION AND MOTION TO AMEND JUDGMENTS**
**REGARDING RESTITUTION**

    The United States of America, through the undersigned Assistant United States Attorney, and the Defendants, through their counsel, hereby stipulate and agree that the appropriate amount of restitution to be ordered in this case $108,620. The Defendants shall pay this restitution amount jointly and severally, and in accordance with direction from the United States Probation Office.

[SPACE INTENTIONALLY LEFT BLANK]

The United States and the Defendants respectfully request that the Court amend the judgments in this case, *see* [ECF Nos. 148, 149, 150, 162, and 163] to include a restitution order as stipulated herein, and that the Court cancel the restitution hearing currently set for February 11, 2025.

                    Respectfully submitted,

                    HAYDEN P. O'BYRNE
                    UNITED STATES ATTORNEY

          By:  */s/ Jacob Koffsky*
              Jacob Koffsky
              Assistant United States Attorney
              Florida Bar No. 1018115
              99 N.E. 4th Street
              Miami, FL 33132
              (305) 961-9386
              Jacob.Koffsky@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

                                     By:   */s/ Jacob Koffsky*
                                             Jacob Koffsky
                                             Assistant United States Attorney